UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                                                    Case No. 14-30249

Emmalee N. Morris,                                              Chapter 7
                                                                              Judge Humphrey
           Debtor.

---

**STATEMENT OF INTENTION**

---

"See attached"

                                            Respectfully submitted,


                                            /s/  *Kenneth J. Krochmal*
                                            Kenneth J Krochmal (0017768))
                                            Attorney for Debtor
                                            4403 North Main Street
                                            Dayton, OH  45405
                                            (937) 275-7170/fax (937)-275-7477
                                            kjkrochmalesq@earthlink.net

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Emmalee N Morris**      Case No. **3:14-bk-30249**
Debtor(s)      Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** Chrysler Capital | **Describe Property Securing Debt:** 2013 Dodge Journey |
|---|---|

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ■ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** Universal One Credit U | **Describe Property Securing Debt:** 2004 Cadillac De Ville - totalled zero value |
|---|---|

Property will be (check one):
    ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES    ☐ NO |
|---|---|---|

B8 (Form 8) (12/08)     Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **January 30, 2014**     Signature **/s/ Emmalee N Morris**
                                        **Emmalee N Morris**
                                        Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                                      Case No. 14-30249

    Emmalee N. Morris,                           Chapter 7
                                                   Judge Humphrey
        Debtor.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2014, a copy of the foregoing Individual Debtor's Statement of Intention was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

    Paul H. Spaeth, Chapter 7 Trustee
    Office of the U S Trustee
    Kenneth J. Krochmal, Attorney for Debtor

and on the following by ordinary U S Mail addressed to:

    Ms. Emmalee N. Morris, 1112 Sunset Drive, Englewood, OH 45322
    Chrysler Capital, P O box 961275, Fort Worth TX 76161
    Universal One Credit Union, 1 River Park Drive, Dayton, OH 45409

                                    Respectfully submitted,

                                    /s/ *Kenneth J. Krochmal*_____
                                    Kenneth J. Krochmal (0017768)
                                    Attorney for Debtor
                                    4403 North Main Street
                                    Dayton, OH 45405
                                    (937) 275-7170/fax (937)-275-7477
                                    albertkrochmal@earthlink.net